# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2870
LT Case No. 55-2025-CA-1060

———————————————

MATTHEW DANIEL ROSS,

    Appellant,

    v.

SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA, JAMES
STONER and LINDA CARNALL,

    Appellees.

———————————————

Nonfinal appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Eric J. Friday, of Kingry & Friday, PLLC, Jacksonville, for
Appellant.

Frank D. Upchurch, III, of Upchurch, Bailey and Upchurch, a
Fisher Tousey Firm, St. Augustine, for Appellee, School Board
of St. Johns County, Florida.

Patrick T. Canan, of Canan Law, St. Augustine, for Appellees,
James Stoner and Linda Carnall,

May 28, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and WALLIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____